the appellants, and the motion in all respects denied (*Gayn* v. *New York World-Telegram Corp.*, 272 App. Div. 812). Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Accounting of LAWYERS TRUST COMPANY, as Executor of SARAH A. ALBRO, Deceased, Respondent. MARTIN GOLLUBIER, as Special Guardian for DOLORES A. WALSH and Others, Infants, Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of MOE COHEN et al., Copartners Doing Business as J. COHEN & BRO., LEHIGH LUMBER COMPANY and CENTRAL LUMBER COMPANY, Appellants, against NATHAN SOLOMON, as President of Local 830, Retail and Wholesale Employees Union, Respondent, for an Order Vacating and Setting Aside an Arbitration Award. In the Matter of the Application to Confirm an Arbitration Award between NATHAN SOLOMON, as President of Local 830, Retail and Wholesale Employees Union, and MOE COHEN et al., Copartners Doing Business as J. COHEN & BRO., LEHIGH LUMBER COMPANY and CENTRAL LUMBER COMPANY.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 1007.]

POLLY SCOTT et al., Respondents, v. SAMUEL TAFEL et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

CHARLES GREENBERG, Respondent, v. CHARLES KARTIGANER, Doing Business under the Name of KARTIGANER & Co., Appellant.— Order, so far as appealed from, unanimously modified by denying the motion to strike out the counterclaim and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between SILBERBERG FABRIC CORPORATION, Respondent, and ATLANTA WOOLEN MILLS CORPORATION, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 996.]

MAX FEINGOLD et al., Appellants, v. JOSEPH E. MARX Co., INC., et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements to the respondent Joseph E. Marx Co., Inc. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [191 Misc. 42.]

MAX FEINGOLD et al., Appellants, v. JOSEPH E. MARX Co., INC., et al., Respondents.— Order unanimously affirmed, with $10 costs and disbursements to the respondents Joseph Pariante, Elvira Castellano and Martha Marchese. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

ELIZABETH HART, as Administratrix of the Estate of JOSEPH JOHNSON, Deceased, Appellant, v. FRANK A. SILEO and SOMMERS MOTOR LINES, INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

PICKWICK-LILLIPUT, INC., et al., Respondents, v. ILENE H. LEVY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

LOUIS NIMER, Respondent, v. STUYVESANT TOWN CORP., Appellants, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is